# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Brent L Armstrong | ) | |
| Jamie L Armstrong | ) | |
| | ) | Bk. Case No.: 15-41188 |
| | ) | |
| | ) | |

## ORDER ON TRUSTEE'S OBJECTION TO PROOF OF CLAIM

This matter comes before the Court on the Trustee's Objection to Claim of Bank of America (Claim #10-3). No response being filed by the creditor, IT IS ORDERED that the Trustee's objection is SUSTAINED. The above-referenced claim is DISALLOWED.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: July 9, 2018

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE/3